AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Mwasi Songambele

*Defendant*

Case: 1:26-mj-00084
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 5/8/2026
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Mwasi Songambele, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1347 (Health Care Fraud)

Date: 05/08/2026

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/8/26, and the person was arrested on *(date)* 5/11/26
at *(city and state)* Baltimore, MD.

Date: 5/11/26

*Arresting officer's signature*

SA Derek Condeka, FBI
*Printed name and title*