**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**MWASI SONGAMBELE,**

**Defendant.**

**Crim. Action No. 1:26MJ84**

**MOTION TO WITHDRAW AS COUNSEL AND TO SUBSTITUTE CRIMINAL JUSTICE ACT ATTORNEY JOSEPH CALEB**

Comes now Elizabeth Mullin, Assistant Federal Public Defender, and respectfully moves this Honorable Court to grant this Motion to Withdraw due to an unavoidable conflict of interest. In support thereof, counsel states as follows:

Undersigned counsel was appointed to represent the defendant Mwasi Songambele on May 8, 2026. Counsel has since become aware of a conflict of interest that requires counsel to withdraw. Criminal Justice Act (CJA) counsel Joseph Caleb, experienced defense counsel, is prepared to accept appointment. Ms. Songambele has been advised of the need for substitution of counsel and does not object.

WHEREFORE, for the foregoing reasons, undersigned counsel respectfully requests that this Court grant this Motion to Withdraw and substitute Joseph Caleb as counsel of record in the above-captioned case.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER
______/s/____________________
ELIZABETH MULLIN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500